AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  4:21-mj-00251-CFB |
| Kyle J. Young ) | |
| *Defendant* ) | |

**ORDER SCHEDULING A DETENTION HEARING**

**and/or Preliminary Hearing**

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court, Des Moines, Iowa<br>Via Video Conference to the Polk County Jail | Courtroom No.: Room 455 - Via VTC |
|---|---|
| | Date and Time: 4/21/2021 3:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 15, 2021

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge

*Printed name and title*