IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:21-mj-00251-CFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPEARANCE |
| vs. | ) | |
| | ) | |
| KYLE J. YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned enters his appearance as counsel of record for the defendant.

/s/ S.P. DeVolder
S.P. DeVolder          AT0001876
THE DeVOLDER LAW FIRM, P.L.L.C.
1228 Sunset Drive, Suite C
Norwalk, IA 50211-2401
Tel: (515)981-5150
Fax: (515)981-5156
steven.devolder@devolderlawfirm.com

ATTORNEY FOR THE DEFENDANT

Original filed electronically via ECF.

Copy served on AUSA via ECF.