IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:21-mj-00251-CFB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE J. YOUNG, | ) | APPEARANCE |
| Defendant. | ) | |

COMES NOW William L. Kutmus of Kutmus, Pennington & Hook, P.C. and hereby enters his Appearance for Defendant Kyle Young in the above captioned matter.

Respectfully submitted,

　　/s/ William L. Kutmus
William Kutmus
KUTMUS, PENNINGTON & HOOK, P.C.
5000 Westown Parkway, Ste. 310
West Des Moines, IA 502066
(515) 288-3339 Telephone
(515) 288-8629 Facsimile
bill@kphlawfirm.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

  I hereby declare that on April 19, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Virginia Bruner
US Attorney's Office
111 7th Avenue, SE
Cedar Rapids, IA 52401
*Attorney for USA*

              /s/ Jodi A. Nissen