CASE NO.TF21-4670DCSO

## ATTACHMENT A

| | | |
|---|---|---|
| **Affiant:** | Adam Jacobs | |
| **Occupation:** | Detective | **No. years: 11** |
| **Assignment:** | Mid Iowa Narcotics Task Force | **No. years: 1** |

Your affiant conducted an investigation and received the following information:
See attached:

    [ ]    INVESTIGATIVE AND POLICE REPORTS
    [ ]    AFFIDAVITS
    [ ]    STATEMENTS FROM WITNESS (ES)



GOVERNMENT EXHIBIT
GX 2
4:21-MJ-251

Your affiant has been employed as a Deputy Sheriff for the Dallas County Sheriff's Office in Dallas County since 2009 and has been assigned to the Criminal Investigations Division and/or the Mid-Iowa Narcotics Enforcement (M.I.N.E.) Task Force since January 2020. Prior to my employment with the Dallas County Sheriff's Office I was employed by the City of Ankeny, Iowa as a Police Officer. During my time as a law enforcement officer, this affiant has conducted several narcotics-related cases along with the execution of numerous drug search warrants. In addition, this affiant has interviewed many individuals who admitted their involvement in the use and/or distribution of controlled substances. This affiant has attended and successfully completed the Iowa Law Enforcement Academy with the 223th Basic Training Class located at Camp Dodge. This affiant has received additional training, which includes Interview and Interrogations-Drug Investigations, Forensic Interviewing and Statement Analysis, and Tactical Warrant Service all classes at the Midwest Counterdrug Training Center.

Based on my training and experience as a police officer and more specifically as a narcotics investigator, I have the requisite expertise to identify a host of controlled substances to include: cocaine, cocaine base "crack," ecstasy, heroin, marijuana, methamphetamine, synthetic cannabinoids, and synthetic cathinones. I am further familiar with the manner in which individuals will use, market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances. I am intimately familiar with the *modus operandi* of those who use, market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances.

On April 14th, 2021, I received information from Federal Bureau of Investigation Task Force Officer Blaine Schutts, who stated while executing a Federal Search Warrant (Case 4:21-mj-238 ) at ▮▮▮ ▮▮▮ Dallas County, Iowa, ▮▮ Kyle James Young [hereinafter K. Young], DOB ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Andrea Louise Young [hereinafter A. Young] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were located inside of ▮▮▮ ▮▮▮ Redfield, Dallas County, Iowa. F.B.I. Task Force Officer Schutts advised K. Young has an active Federal Arrest Warrant for Case (1:21-cr-00291).

F.B.I. Task Force Officer Schutts stated while executing the Federal Search Warrant at ▮▮▮▮▮ ▮▮▮ several items of drug paraphernalia were located in plain view of the kitchen area. F.B.I. Task Force Officer Schutts stating while clearing a bedroom, found a digital scale, several large vacuum sealed plastic bags containing green plant material, which F.B.I. Task Force Officer Schutts recognized through his training and experience to be marijuana, several plastic packages with commercial THC labeling

containing THC edibles, and THC wax. F.B.I. Task Force Officer Schutts stated through his training and experience the amount of marijuana related products, and the digital scale located in 1410 Thomas Street were not user quantities and was similar to what a drug dealer would possess.

Based on my training and experience as a police officer for over 11 years, I know drug users and dealers of controlled substances keep tools associated with their illegal activity at their residence, in outbuildings on the same property lot, on their persons, and in the vehicles, they own or operate. Tools associated with the trafficking of controlled substances include, but are not limited to, scales, currency, controlled substances, simulated controlled substances, imitation controlled substances, notations documenting sales and purchases, packaging, paraphernalia, and firearms. I am also aware that drug dealers will often use a portion of the controlled substances they are trafficking and frequently engage in poly-drug trafficking. Based on my training and experience, I know that those involved in the distribution of illegal drugs will often deliver the same to various individuals at various location, but will keep tools of the trade as described above at their place of residence and in their vehicles.

Based on my training and experience and the investigation described above, it is my belief that items of evidence related to the distribution of controlled substances as sought by this warrant will be found in the above-listed location, above-listed vehicle, and on the persons of the above-listed individual, as the described activity is consistent with the ongoing distribution of illegal drugs by Kyle Young and Andrea Young from the described address and utilizing the described vehicle.