FD-597 (Rev. 4-13-2015)                                                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███-█

On (date): 4/14/2021

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [x] Released To

(Name): ███

(Street Address): ███

(City): Redfield, IA

Description of Item(s):

6 pkgs vaccum sealed green leafy substance
3 ziploc baggies of green leafy substance
2 ziploc bag of brown substance
2 opened THC wax containers
7 THC wax containers and 49 packets of shatter
2 open vaccuum seal bags with green leafy substance
1 open THC wax and pipe
$4,260 cash
$3,600 cash
Scale
food saver
2 vape pens

No further entries 4/14/21 AJ

GOVERNMENT EXHIBIT
GX 3
4:21-MJ-251

Received By: (Signature) OeJ      Received From: (Signature) Matt Towers

Printed Name/Title: Adam Jacobs Director MINATF 25-17      Printed Name/Title: Matt Towers

FD-597 (Rev. 4-13-2015)                                                                                                                Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [REDACTED]

On (date): 4/19/2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 

(Street Address): [REDACTED] Redfield, IA

(City): Redfield, IA

Description of Item(s):

Samsung cell phone IMEI 355359111315587 in orange case
Samsung cell phone IMEI 357190103646189 in red case
iPhone model A1586 IMEI 355412073791954
black Motorola cell phone in black case
black t-shirt size medium
gray and black Reebok sweatshirt size medium
black duracell 500 flashlight

Received By: [Signature]
Printed Name/Title: Andrea Young

Received From: Matt Tourss [Signature]
Printed Name/Title: Matt Tourss

FD-1113 (9-26-2014)

# UNITED STATES CURRENCY COUNT

Case ID: ▇▇▇▇▇▇ ▇ ▇▇▇▇▇   Date: 4/14/2021   Location: ▇▇▇▇▇▇▇▇▇ Redfield, IA

| Currency | Quantity | Amount1 | Coins | Quantity | Amount2 |
|---|---|---|---|---|---|
| $100.00 | 2 | 260.00 | $1.00 | | |
| $50.00 | 28 | 1,400.00 | $0.50 | | |
| $20.00 | 100 | 2,000.00 | $0.25 | | |
| $10.00 | | | $0.10 | | |
| $5.00 | | | $0.05 | | |
| $2.00 | | | $0.01 | | |
| $1.00 | | | Total Coins= | | |
| Total Currency= | | | | | |

Total Amount Entered into Evidence: 0

Sealing Official: _[signature]_

Witnessing Official: _[signature]_

Turned over to MINE TFO Jacobs

# UNITED STATES CURRENCY COUNT

Case ID: ███████  Date: 4/14/2021  Location: ███████ Redfield IA

| Currency | Quantity | Amount1 | Coins | Quantity | Amount2 |
|---|---|---|---|---|---|
| $100.00 | 42 | 4200 | $1.00 | | |
| $50.00 | 1 | 50 | $0.50 | | |
| $20.00 | | | $0.25 | | |
| $10.00 | | | $0.10 | | |
| $5.00 | 2 | 10 | $0.05 | | |
| $2.00 | | | $0.01 | | |
| $1.00 | 6 | 6 | Total Coins= | | |
| Total Currency= | | 4266 | | | |

Total Amount Entered into Evidence: 4266 $0

Sealing Official: _____

Witnessing Official: Byron Milyella / Ben Carter

Turned over to MINE TFO Jacobs